IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| R & J HOLDING COMPANY, et al.<br>Plaintiffs, | : | |
| v. | : | CIVIL ACTION<br>NO. 06-1671 |
| THE REDEVELOPMENT<br>AUTHORITY OF THE COUNTY<br>OF MONTGOMERY, et al.<br>Defendants. | : | |

## **ORDER**

AND NOW, this 30th day of November, 2009, upon consideration of all Defendants' Motions to Dismiss (Doc. Nos. 8, 10 & 11); Plaintiffs' Response thereto (Doc. No. 13); Defendants' Replies and Plaintiffs' Sur-Reply; oral arguments; and, all parties' summaries of points and authorities relied upon during oral arguments, it is hereby ORDERED and DECREED that Defendants' Motions are GRANTED with regard to Plaintiffs' federal claims and said claims are DISMISSED WITH PREJUDICE.

It is further ORDERED that this Court declines to exercise supplemental jurisdiction over Plaintiffs' remaining state claims, which are hereby DISMISSED WITHOUT PREJUDICE.

BY THE COURT:


/s/ C. Darnell Jones II
C. Darnell Jones II    J.